UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| YIRIES JOSEPH ASEF SAAD MAURA, et al., <br><br>   Plaintiff(s), <br><br> v. <br><br> OPERATING PARTNERS LLC, <br><br>   Defendant(s). | Civil No. 17-2263 (DRD) |

**PARTIAL JUDGMENT**

Based upon the *Plaintiffs' Response To Defendant's Motion to Dismiss at Docket No. 103* filed on August 23, 2018 at Docket No. 117, and the *Order* entered on October 11, 2018 at Docket No. 135, this case is now dismissed without prejudice.

Plaintiffs Yiries Joseph Asef Saad Maura, et al. are voluntarily dismissing their claims without prejudice against defendant Operating Partners LLC for failure to serve summons pursuant to the provisions of Rule 4 (m) of the Federal Rules of Civil Procedure.

In view of the above, and there being no pending claims, this case is now dismissed without prejudice as to defendant Operating Partners LLC.

This case is now closed for all administrative and statistical purposes, **only** as to defendant Operating Partners LLC.

IT IS SO ORDERED, ADJUDGED AND DECREED.

In San Juan, Puerto Rico, this 11th day of October 2018.

s/Daniel R. Domínguez<br>
DANIEL R. DOMINGUEZ<br>
Senior United States District Judge