# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| YIRIES JOSEPH ASEF SAAD MAURA, et al., | |
| *Plaintiffs,* | CIVIL NO. 17-2263 (DRD) |
| v. | |
| SCOTIABANK PUERTO RICO, et al., | |
| *Defendants.* | |

## JUDGMENT

Pursuant to the Court's *Amended Omnibus Opinion and Order* (Docket No. 330), the Court hereby **DISMISSES** all federal claims alleged in the *Complaint* **WITH PREJUDICE** as to all named Defendants for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6) or for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1). *See Rodríguez v. Doral Mortgage Corp.*, 57 F.3d 1175, 1176 (1st Cir. 1995). Further, the Court, exercising its discretion, hereby **DISMISSES** all local claims **WITHOUT PREJUDICE**. *See Rivera Díaz v. Humana Insurance of Puerto Rico, Inc.,* 748 F.3d 387, 392 (1st Cir. 2014) (quoting *Carnegie-Mellon Univ. v. Cohill*, 484 U.S. 343, 350 n.7 (1988)).

THIS CASE IS NOW CLOSED FOR ALL ADMINISTRATIVE AND STATISTICAL PURPOSES.

IT IS SO ORDERED, ADJUDGED AND DECREED.

In San Juan, Puerto Rico, this 30th day of September, 2019.

*S/Daniel R. Domínguez*
Daniel R. Domínguez
United States District Judge