# United States Court of Appeals
## For the First Circuit

No. 20-1114

YIRIES JOSEPH ASEF SAAD MAURA; WILLIAM LOPEZ COLON; NANCY COLON BERRIOS; CONJUGAL PARTNERSHIP LOPEZ-COLON; GILBERTO GONZALEZ VELEZ; JESUS EMMANUEL MONROIG JIMENEZ; JAZMIN ERIKA RODRIGUEZ MORALES; CONJUGAL PARTNERSHIP GONZALEZ-RODRIGUEZ; MARETZA MENDEZ MUNIZ; ROLANDO RADHAMES GUTIERREZ DE JESUS; ZULEIKA COSME RIVERA; CONJUGAL PARTNERSHIP GUTIERREZ-COSME; SONIA YVID CONDE BURGOS; NELLY RAMONITA GONZALEZ RODRIGUEZ; JAVIER BAERGA SCHROEDER; CARLOS JOSE SUAREZ GUILLEN; ANTONIO ROSA AGOSTO; MARILYN DELGADO PEREZ; GERARDO ACOSTA FIGUEROA; NEIDA INES HERNANDEZ IRIZARRY; CONJUGAL PARTNERSHIP ACOSTA-HERNANDEZ; JULIO VICTOR CASTRO LOPEZ; MADELINE TRINIDAD DIAZ; CONJUGAL PARTNERSHIP CASTRO-TRINIDAD; LUIS ANGEL MARTINEZ OTERO; DAMARIS TORRES NUNEZ; CONJUGAL PARTNERSHIP MARTINEZ-TORRES; GABRIEL CHAVEZ DIAZ; NAHIR ZARAGOZA VALLE; CONJUGAL PARTNERSHIP CHAVEZ-ZARAGOZA; SONIA LINNETTE ROMERO RAMOS; ROBERTO PEREZ RAMIREZ;  CLARIVETTE CASTRO NARVAEZ; CONJUGAL PARTNERSHIP PEREZ-CASTRO; LIZZETTE MARIA ALEJANDRO OCASIO; MILKA YADIRA RIVERA RIVERA; MIRIAM THERESA RIVERA TORRES; TOMAS A VELEZ MARTINEZ;  GLORISA CORDERO CABRERA; CONJUGAL PARTNERSHIP VELEZ-CORDERO; HAYDEE RODRIGUEZ NICHOLS; RAFAEL ANTONIO FONSECA MARRERO; LADY TRISTANY MELENDEZ; VIVIANA SANCHEZ SERRANO; SANTA ORTIZ SALINAS; JAVIER ANTONIO RIVERA DUENO; YAMELIT MALDONADO SOTO; CONJUGAL PARTNERSHIP RIVERA-MALDONADO; CARMEN JOSEFINA VALENTIN DAVILA; VIVIAN ENID FLORES MERCED; MARIA ISABEL TORO LEVY; ESTATE OF JUAN ARSENIO VELAZQUEZ DURAN; LESLIE MOLINA CANCEL; SANDRA DE LOS ANGELES FERNANDEZ GARCIA; INES YAMIRA RIVERA AQUINO; JOSE ANTONIO DIAZ PEREZ; PROVIDENCIA RODRIGUEZ VEGA; LUIS EDUARDO PARDO TORO; EVELYN IVETTE PEREZ LOURIDO; JOSE MANUEL RIVERA COLON; IVETTE MARIA PEREZ NIEVES; CONJUGAL PARTNERSHIP RIVERA-PEREZ; EDWIN CASILLAS BERRIOS; MARIA FELICITA ANDRADE MALDONADO; CONJUGAL PARTNERSHIP CASILLAS-ANDRADE; RAMON SANCHEZ PAGAN; JOSE MANUEL LOPEZ CRUZ; MARIA DE LOURDES BLECK ESTEVES; CONJUGAL PARTNERSHIP LOPEZ-BLECK; RAFAEL EDUARDO NARVAEZ CABEZAS; VIRGEN NOEMI MARRERO CARBALLO; ENRIQUE TOLLENS ACOSTA;  DIANNETTE GONZALEZ CHARLES; CONJUGAL PARTNERSHIP TOLLENS-GONZALEZ; FRANCISCA CHARLES BELEN; ANASTACIO FALCON ROSARIO; ESTATE OF MARISOL AMARO MEDINA; RAFAEL RODRIGUEZ RIVERA; CATHERINE MORALES CASTRO; MICHAEL JOSEPH MORRIS ZAMORA; FERNANDO SUAREZ GUILLEN; JORGE CEDENO; LUIS EDGARDO SANTIAGO COLON; ANGEL LUIS BERRIOS ORTIZ; GISELA RIVERA SANTIAGO; CONJUGAL PARTNERSHIP BERRIOS-RIVERA; MARIA MARGARITA ONDINA GORDO;

WALDEMIR COLON LEBRON; MANUEL ANGEL VEGA BONILLA; PAMELA IVETTE PEREZ RIVERA; CONJUGAL PARTNERSHIP VEGA-PEREZ; REINALDO OQUENDO VEGA; MARIBEL HERNANDEZ PEREZ; CONJUGAL PARTNERSHIP OQUENDO-HERNANDEZ; IVAN RAFAEL SOTOMAYOR SERRA; MARIA VELILLA SOTOMAYOR; CONJUGAL PARTNERSHIP SOTOMAYOR-VELILLA; WANDA LEILANY ALEJANDRO RUIZ; ANGELA LUCIA ROSARIO DE LEON; IRIS YOLANDA CARDONA TIRADO; JOSE ALBERTO HERNANDEZ TORRES; RUBEN MIRANDA MERCADO; SONIA ACEVEDO; CONJUGAL PARTNERSHIP MIRANDA-ACEVEDO; ROBERTO SALICRUP HERNANDEZ; GLORIA MARIA RUIZ COLON; CONJUGAL PARTNERSHIP SALICRUP-RUIZ; JOSE ALFREDO JIMENEZ FIGUEROA, JULIO RONDON REYES; GRISETH MOJICA GONZALEZ; CONJUGAL PARTNERSHIP RONDON-MOJICA; JAIME RAFAEL VIDAL RODRIGUEZ;  DINORAH SANCHEZ FIGUEROA; CONJUGAL PARTNERSHIP VIDAL-SANCHEZ; HARRY RODRIGUEZ CRUZ; JUAN FERNANDO CRUZ TORRES; EVELYN MORALES SUAREZ; CONJUGAL PARTNERSHIP CRUZ-MORALES; MANUEL IVAN CRIADO CRIADO; ZAYRA DEL ROSARIO TORRES MATOS; CONJUGAL PARTNERSHIP CRIADO-TORRES; JUAN MANUEL RODRIGUEZ IRIZARRY;  MARIA MILAGROS DURAN MORALES; CONJUGAL PARTNERSHIP RODRIGUEZ-DURAN; CLARA MORETA RODRIGUEZ; IAN DEL LLANO JIMENEZ; KAREN BARREDA RIVERA; CONJUGAL PARTNERSHIP DEL LLANO-BARREDA; RUTH NOEMI RIVERA COLON; JOSE ANTONIO CONCEPCION SOTO; NELIDA RAMOS LOPEZ; CONJUGAL PARTNERSHIP CONCEPCION-RAMOS; LILLIAM BETHZAIDA HERNANDEZ AMARO; JOSE ANTONIO VALDIVIA; AMETZA DELGADO CARDONA; WILLIAM PAGAN RODRIGUEZ; EULOGIA R. DEL RIO TORRES; CONJUGAL PARTNERSHIP PAGAN-DEL RIO; MARCELO MERCADO ORTIZ; MORAIMA RIVERA GONZALEZ; CARMEN GLORIA GARCIA RIVERA; PEDRO SEVILLA ESTELA; MARITZA RIVERA RODRIGUEZ; CONJUGAL PARTNERSHIP SEVILLA-RIVERA; GLORIA MARGARITA ALICEA RIVERA; REYNALDO RODRIGUEZ COLON; DENISSE DEMOYA BURGOS; LUIS FRANCISCO ORTIZ OSUNA; GRORIBEL SOTO DE JESUS; CONJUGAL PARTNERSHIP ORTIZ-SOTO; PABLO GUADALUPE MENDOZA; ANTUANETTE RAMOS AYALA; CONJUGAL PARTNERSHIP GUADALUPE-RAMOS; LUZ ESTELA POUERIET DIAZ; ESTATE OF EMERITO RUIZ RODRIGUEZ; OLGA IVETTE SANABRIA VELAZQUEZ; CONJUGAL PARTNERSHIP RUIZ-SANABRIA; PATRICIO RODRIGUEZ LOPEZ;  EUNICE MARIBEL LUGO MEJIAS; CONJUGAL PARTNERSHIP RODRIGUEZ-LUGO; JOHNNY EDGAR MELENDEZ GONZALEZ; MARIA BELEN DIAZ RIVERA; CONJUGAL PARTNERSHIP MELENDEZ-DIAZ; JUAN DIAZ PEREZ; CARMEN NELIDA BRAVO SOTO; CONJUGAL PARTNERSHIP DIAZ-BRAVO; ROLANDO AVILA PEREZ; ELIZABETH CHAMPANA GAGNERON; CONJUGAL PARTNERSHIP AVILA-CHAMPANA; HIRAN ORTIZ ORTIZ; MIGUEL ANGEL MARQUEZ CAMACHO; MARIBEL SANTANA SANTANA; CONJUGAL PARTNERSHIP MARQUEZ-SANTANA; YASSER CRUZ PADILLA; ALBA YANIRA TORRES CINTRON; CONJUGAL PARTNERSHIP CRUZ-TORRES; DONOVAN MALDONADO CRUZ; MARIA AWILDA CRUZ ACEVEDO; YOLANDA ARROYO FONTANEZ; MANUEL ANTONIO TOLEDO GARCIA; BRUNILDA ROJAS GONZALEZ; CONJUGAL PARTNERSHIP TOLEDO-ROJAS; FERNANDO LUIS ROSARIO CARDONA; RODYLOIDA RUIZ DELGADO; CONJUGAL PARTNERSHIP ROSARIO-RUIZ; NERISLIANG CRESPO RIVERA; ISMAEL PAGAN CEDENO; WANDA GONZALEZ RIVERA; CONJUGAL PARTNERSHIP PAGAN-

GONZALEZ; JOSE M. CURET SALIM; JUANITA ALVARADO SAEZ; CONJUGAL PARTNERSHIP CURET-ALVARADO; RICARDO JOSE VAZQUEZ SERRA; YVETTE LORRAINE BONHOMME SANTOS; RICARDO RENE SOTO BONILLA; JORGE JOSE ROSA MIRANDA; MARIA ISABEL OTERO CARABALLO; ANNIEL CARRASQUILLO AMARO; GLENDA MARIE VIERA RIVERA; ESTATE OF ANGEL MANUEL LLORENS ORLANDI; JUDITH MATOS NEGRON; ESTATE OF SOL MARGARITA CABRERA MUNOZ; ESTATE OF VIRGILIO OSCAR RIVERA RODRIGUEZ; DESERIE CINTRON CABRERA; NELSON NUNEZ ROLON; MAYRA ELENA ORTIZ RENTAS; CONJUGAL PARTNERSHIP NUNEZ-ORITZ; NELSON ALVARADO HERNANDEZ; EDWIN GIRALD TORRES; MYRNA PEREZ MORALES; CONJUGAL PARTNERSHIP GIRALD-PEREZ; GINNETTE PEREZ CAMPO; GILBERTO CRUZ PEREZ; ANGEL LUIS MATOS RAMOS; ILDEFONSO MARTINEZ SANTIAGO; EVELYN RAMOS CORTES; LUIS EUGENIO DIOU AGRAIT; MARIA DE LOS ANGELES COLON MOREL; CONJUGAL PARTNERSHIP DIOU-COLON; GILBERT ARROYO LOPERENA; LEIDA MENDEZ PAGAN; CONJUGAL PARTNERSHIP ARROYO-MENDEZ; ESTATE OF EDWIN PEREZ AYALA; MARGARITA RIVERA RIVERA; EDA PEREZ CABRERA; EDWIN GLASS MARTINEZ; CARMEN RIVERA VILLEDA; CONJUGAL PARTNERSHIP GLASS-RIVERA; JOHN MACEIRA LOPEZ; MARCOS E RODRIGUEZ GOMEZ; NANCY MELENDEZ VALENTIN; CONJUGAL PARTNERSHIP RODRIGUEZ-MELENDEZ; EDWIN MARTINEZ RIVERA; JOAQUIN JOSE JARQUE RODRIGUEZ; ANGEL LOUIS CARMONA BENET; MARIA DE LOS ANGELES HERNANDEZ DIAZ; CONJUGAL PARTNERSHIP CARMONA-HERNANDEZ; FELIX JOSE RIVERA PEREZ; CARMEN GLORIA GOMEZ NUNEZ; JOHANN ENID MARTINEZ ORTIZ; EDWIN MARRERO TORRES; ARISTIDES LOPEZ RAMOS; MARIA MERCEDES REYES CONCEPCION; CONJUGAL PARTNERSHIP LOPEZ-REYES; ANA LUISA BERRIOS DOBLE; SARA VICTORIA COLON VEGA; IVAN DAVID COLON VEGA; ESTATE OF JULIO ENRIQUE COLON; ANGEL LUIS DAVILA REYES; NESTOR CRUZ DIAZ; ADELIZ FERRER DECAMPS; CONJUGAL PARTNERSHIP CRUZ-FERRER; FRIDA MARCHOSKY KOGAN; JUAN ERNESTO DEL ROSARIO MASINI; IVEA MARIA SELLES HERNANDEZ; CONJUGAL PARTNERSHIP DEL ROSARIO-SELLES; JOSE GERALDO ROMAN GONZALEZ; EVELYN SERRANO AGUEDA; CONJUGAL PARTNERSHIP ROMAN-SERRANO; HECTOR LUIS RIVERA RODRIGUEZ; OLGA ENETTE RIVERA CRESPI; CONJUGAL PARTNERSHIP RIVERA-RIVERA; EUGENIO JOEL RAMOS CALDERON; ERIKA ENCARNACION SANCHEZ; CONJUGAL PARTNERSHIP RAMOS-ENCARNACION; RAMON LUIS SOTO MORALES; ELSIE SUSAN SANCHEZ GONZALEZ; CONJUGAL PARTNERSHIP SOTO-SANCHEZ; EDWIN FRANCISCO RODRIGUEZ; LOURDES HERNANDEZ LLANES; CONJUGAL PARTNERSHIP RODRIGUEZ-HERNANDEZ; FRANCISCA CRUZ DELGADO; ANGEL LUIS RODRIGUEZ CAMACHO; SANDRA IVETTE ROMAN DIAZ; CONJUGAL PARTNERSHIP RODRIGUEZ-ROMAN; CARLOS ALBERTO ALVAREZ RIVERA; WILMA GANDARA GORRITZ; CONJUGAL PARTNERSHIP ALVAREZ-GANDARA; PEDRO RAFAEL HERNANDEZ SANCHEZ; ZORAIDA SANTOS PAGAN; CONJUGAL PARTNERSHIP HERNANDEZ-SANTOS; ESTHER ROSA LOPEZ MEDINA; AGUSTIN ALEJANDRO CRUZ; EILEEN DALMARY JIMENEZ GAVILLAN; CONJUGAL PARTNERSHIP ALEJANDRO-JIMENEZ; JOSE ANTONIO LAPORTE ESPADA; ROBERTO OCANA SERRANO; ALEJANDRO ESTRADA MAISONET; DIANNE QUILES LUGO; CONJUGAL PARTNERSHIP ESTRADA-QUILES; YOLANDA QUILES SERRANO;

CECILIO ALLENDE QUINONES; WANDA I. VILLAFANE MATOS; CONJUGAL PARTNERSHIP ALLENDE-VILLAFANE; JESUS MANUEL MALDONADO PEREZ; OLGA I. GONZALEZ DIAZ; CONJUGAL PARTNERSHIP MALDONADO-GONZALEZ; DEOGRACIA TAPIA FEBRES; CARMEN BENITEZ GARAY; CONJUGAL PARTNERSHIP TAPIA-BENITEZ; JOSE ANTONIO GONZALEZ ARCE; EVELYN CRUZ FLORES; CONJUGAL PARTNERSHIP GONZALEZ-CRUZ; HILDA DEL ROSARIO FIGUEROA SANTIAGO; RUZAIDI VILLAFANE ESQUILIN; EFRAIN LLANES COLON; XIOMARA ZABALA GARCIA; CONJUGAL PARTNERSHIP LLANES-ZABALA; ERVIN RODRIGUEZ LABOY; GLORIA BERMUDEZ VARGAS; CONJUGAL PARTNERSHIP RODRIGUEZ-BERMUDEZ; LUIS ENRIQUE RAMOS PITRE; GRISELDA CRESPO ARVELO; CONJUGAL PARTNERSHIP RAMOS-CRESPO; MIGUEL ANGEL RIOS SANTIAGO; JAIME MACHADO ROMAN; CARLOS LUIS AMADOR FERNANDEZ; MIRIAM CARRION SOTO; ESTATE OF WALBERTO NUSSA GONZALEZ; MARIBEL TORRES ENCARNACION; JOSE RAMON CINTRON MERCADO; BRUNILDA SANTIAGO RIVERA; ESTATE OF CONCEPCION GONZALEZ RIVERA; GLENDALYS GONZALEZ SANTIAGO; LESTER I. GONZALEZ SANTIAGO; JOSE ARNALDO GONZALEZ SANTIAGO; ALEXY SOTO ROSARIO; IVELISSE VEGUILLA COLON; CONJUGAL PARTNERSHIP SOTO-VEGUILLA; PEDRO JAVIER RODRIGUEZ QUILES; WALESKA DEL CARMEN MALDONADO RODRIGUEZ; CONJUGAL PARTNERSHIP RODRIGUEZ-MALDONADO; DAVID ALVAREZ LOPEZ; GLENNY DIAZ DOMINGUEZ; CONJUGAL PARTNERSHIP ALVAREZ-DIAZ; ERIC SANTIAGO HALAIS BORGES; MURIEL RIVERA MUNOZ; IVONNE BERNARD RIVERA; GRACIANO VELEZ ALBALADEJO; ANA YAMILE SERRANO CASTRO; CONJUGAL PARTNERSHIP VELEZ-SERRANO; WILLIAM RODRIGUEZ OJEDA; MARIA FELICIANO MENDEZ; CONJUGAL PARTNERSHIP RODRIGUEZ-FELICIANO; JOSE A.VARGAS ARRATIBEL; GLORIA A. RODRIGUEZ TRUJILLO; CONJUGAL PARTNERSHIP VARGAS-RODRIGUEZ; MARIA CELIA LEBRON QUINTANA; ANTONIO MUNOZ SUAREZ; HIRAM PENA ROLDAN; OLGA PAGAN MALDONADO; CONJUGAL PARTNERSHIP PENA-PAGAN; MIGUEL ANTONIO CHEVERE DONES; LUZ NEREIDA STUART DIAZ; CONJUGAL PARTNERSHIP CHEVERE-STEWART; MIRIAM JANETTE MERCADO ACOSTA; MIGUEL ANGEL MEDINA LOPEZ; IVA YADIRA DE JESUS GARCIA; CONJUGAL PARTNERSHIP MEDINA-DE JESUS; LUIS MANUEL FERNANDEZ VELAZQUEZ; ANA L. TOLEDO DAVILA; JULIO ENRIQUE RIVERA NEGRON; ELIZABETH MONTALVO MELENDEZ; CONJUGAL PARTNERSHIP RIVERA-MONTALVO; SAMUEL LUCIANO PEREZ; MARIA LUISA CRUZ RIVERA; CONJUGAL PARTNERSHIP LUCIANO-CRUZ; NATHAN CABAN GARCIA; MARIA MAGDALENA REYES PAGAN; CONJUGAL PARTNERSHIP CABAN-REYES; TANIA LIZ RODRIGUEZ GARCIA; MARILYN FONSECA COTTO; JOSE NOEL RODRIGUEZ ALVAREZ; MIGDALIA MARGARITA DE LEON VELEZ; MARIO JOSE RIVERA COTTO; LILLYBELL OLIVO RIVERA; CONJUGAL PARTNERSHIP RIVERA-OLIVO; PAULA E. ESTRADA DIAZ; BENITA ORTIZ CEBALLOS; ORLANDO DIAZ SOTO; MERCEDES LLERA CATALA; CONJUGAL PARTNERSHIP DIAZ-LLERA; GLORIA MARIA TAPIA DE JESUS; LUIS ALEXIS MANSO ROSARIO; YANIRA SANTIAGO RIVERA; CONJUGAL PARTNERSHIP MANSO-SANTIAGO; ELBA MIGDALIA ALICEA ORTIZ; MARCOS GONZALEZ RODRIGUEZ; RAMON RAFAEL GONZALEZ PEREZ; NORMA HAIDE MARTINEZ RODRIGUEZ; CONJUGAL PARTNERSHIP GONZALEZ-MARTINEZ; JOSE GILBERTO MALDONADO

MALAVE; ZULMA IVETTE RECIO LOPEZ; CONJUGAL PARTNERSHIP MALDONADO-RECIO; MARLEEN RIVERA MULERO; JUAN ALEXANDER SOTO AYBAR; MIGDALIA DIAZ PEREZ; CONJUGAL PARTNERSHIP SOTO-DIAZ; MANUEL FELIPE EGIPCIACO RUIZ; BETZAIDA IRIS PORRATA TIRADO; CONJUGAL PARTNERSHIP EGIPCIACO-PORRATA; NILDA IRIS EUTSLER DELGADO; CARLOS JOSE SARNELLI; EZEQUIEL ANTONIO GONZALEZ CARRION; MADELINE RIVERA PAGAN; CONJUGAL PARTNERSHIP GONZALEZ-RIVERA; ABC PLAINTIFFS; UNKNOWN PLAINTIFFS; ALL OTHERS IN SIMILAR SITUATION,

Plaintiffs - Appellants,

ADALBERTO REYES GARCED; GLADYS MARIE RIVERA RODRIGUEZ; CONJUGAL PARTNERSHIP REYES-RIVERA,

Plaintiffs,

v.

SCOTIABANK PUERTO RICO; MIDFIRST BANK; PR ASSET PORFOLIO 2013-1 INTERNATIONAL LLC; MWPR CR, LLC; COOPERATIVA DE AHORRO Y CREDITO DE CIALES; ROOSEVELT REO PR IV CORP.; RUSHMORE LOAN MANAGEMENT SERVICES, LLC; WM CAPITAL PARTNERS 53 LLC; BANCO COOPERATIVO DE PUERTO RICO; AUTORIDAD PARA EL FINANCIAMIENTO DE LA VIVIENDA DE PUERTO RICO; ROOSEVELT REO PR CORP.; CITIMORTGAGE INC.; ROOSEVELT REO; TAX-FREE PR TARGET MATURITY FUND, INC.; PR MORTGAGE-BACKED; ROOSEVELT CAYMAN ASSET COMPANY; BANK OF AMERICA, N.A.; UNITED STATES DEPARTMENT OF AGRICULTURE RURAL DEVELOPMENT; BAYVIEW LOAN SERVICING, LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION t/c/c Fannie Mae; JAMES B. NUTTER & COMPANY; LAKEVIEW LOAN SERVICING LLC; ROOSEVELT CAYMAN ASSET COMPANY II; LEHMAN RE LIMITED, a Bermuda Corporation; SANTANDER FINANCIAL SERVICES., d/b/a Island Finance Corporation; DLJ MORTGAGE CAPITAL; U.S. BANK NATIONAL ASSOCIATION; BANCO SANTANDER DE PUERTO RICO; LIME RESIDENTIAL LTD.; LIME PROPERTIES RESIDENTIAL LTD.; RNPM LLC; UNITED STATES OF AMERICA (FARM SERVICE AGENCY); FEDERAL HOME LOAN MORTGAGE CORPORATION (FREDDIE MAC); FEDERAL MORTGAGE ASSOCIATION (FANNIE MAE); WELLS FARGO & COMPANY; RNPM LLC; TRM LLC; BANCO POPULAR OF PUERTO RICO; ORIENTAL BANK PUERTO RICO; FIRST BANK; XYZ INSURANCE COMPANY; UNKOWN DEFENDANTS,

Defendants - Appellees,

OPERATING PARTNERS, LLC; WMPRRE, LLC; SUNWEST MORTGAGE COMPANY INC.,

Defendants.

———————————

Before

Kayatta, Howard and Montecalvo,
<u>Circuit Judges</u>.

---

**JUDGMENT**

Entered: March 13, 2023

Appellants challenge orders of the district court that dismissed their Third Amended Complaint (albeit without prejudice as to its local law claims) while denying leave for further amendment. Essentially for the reasons explained by the court in its Amended Opinion and Order of September 30, 2019, the complaint was properly dismissed for a variety of serious defects. Lacking meaningful indication of what appellants would amend if given another pass, we are satisfied that the denial of leave for further amendment was well within the court's discretion.

<u>Affirmed</u>. <u>See</u> 1st Cir. R. 27.0(c). Any pending motions in this appeal are <u>denied</u> as moot.


By the Court:

Maria R. Hamilton, Clerk


cc:
Maximiliano Trujillo-Gonzalez, Vanessa Saxton-Arroyo, Joseph F. Gierbolini-Bonilla, Ramon Enrique Dapena, Ivan Llado-Rodriguez, Alejandro Jose Garcia Carballo, Caitlin M. Kasmar, Juan B. Soto-Balbas, Ricardo Jose Casellas-Santana, Salvador J. Antonetti-Stutts, Francisco J. Fernandez-Chiques, Edgardo J. Hernandez-Oharriz, Carlos A. Valldejuly-Sastre, Pedro L. Lopez Adames, Monica Alejandra Sanchez-Rivera, Carlos R. Baralt-Suarez, Alfredo Fernandez-Martinez, Jorge I. Peirats, Pedro Rafael Vazquez-Pesquera, James W. McGarry, Nestor Mendez-Gomez, Oreste Ricardo Ramos-Pruetzel, Keith E. Levenberg, Lisa E. Bhatia Gautier, Mariana E. Bauza Almonte, Gregory Bennett Conner, Andrew C. Glass, Gregory N. Blase, Coral del Mar Lopez Rosario, Elizabeth A. Sperling, Alejandro Jose Cepeda-Diaz, Christian A. Munoz-Lugo, Michael Ya'Akov Kieval, Mitchel Howard Kider, Maria Dolores Trelles-Hernandez, Arlyn Gonzalez-Diaz, Hector J. Ferrer-Rios, Vanessa M. Torres Quinones, Jose A. Ocasio-Robles, Alejandro Bellver-Espinosa